| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> MINION & SHERMAN <br> By: Scott D. Sherman, Esquire <br> 33 Clinton Road, Suite 200 <br> West Caldwell, New Jersey 07006 <br> (973) 882-2424 |
| MONICA SHERISE FLOWERS <br><br> Debtor(s) |



Case No.:08-15148 RG

Chapter 13

Hearing Date: 9-8-2009

Judge: Rosemary Gambardella

### ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following pages, numbered two (2) through _Two (2)_ is hereby **ORDERED**.

9-8-09 _/s/ Rosemary Gambardella, USBJ_

(Page 2)

Debtor: MONICA SHERISE FLOWERS

Case No: 08-15148 RG

Caption of Order: **ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

---

1. The Clerk of the Bankruptcy Court, pursuant to 28 U.S.C.A. sec. 2041 and 2042, shall pay to Monica Sherise Flowers and their attorneys Minion & Sherman, from the Registry of the Court, the unclaimed funds deposited on or about July 1, 2009, by the Chapter 13 Trustee, in the total amount of $2,300.00.

2. The Clerk of the Bankruptcy Court, pursuant to 28 U.S.C.A. sec. 2041 and 2042, shall pay to Monica Sherise Flowers and their attorneys Minion & Sherman, from the Registry of the Court, the unclaimed funds deposited on or about July 22, 2009, by the Chapter 13 Trustee, in the total amount of $3,756.00